

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00288-CR

Ricardo Roger **MORALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1384-CR-A
The Honorable William Old, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 21, 2015.

_____
Rebeca C. Martinez, Justice